JUDGE **SIM LAKE**

CASE MANAGER _____

LAW CLERK C. Pogge

RPTR/TAPE F. Warner

INTERPRETER _____

TIME 8:30 | 11:45 A.M.   1:00 | 4:25 P.M.
       begin   end         begin   end

DATE 1/20/11

CR. NO. H-10-185

UNITED STATES OF AMERICA
vs.

§ Jennifer Lowery AUSA
§ Andrew Leuchtmann
§
§

| Deft. No. | Deft. Name |
|---|---|
| 1 | Vincent Aldridge |
| 2 | Tori Aldridge |
| 3 | Gilbert Isgar |

§ Miguel Andres Sanchez-Ross
§ Brittany Carroll
§ Robert Fickman
§ Carmen Roe
§ Tucker Graves
§

### Day of Jury / Bench Trial

☐ Deft _____ failed to appear, bench warrant to issue.   ☐ Bench trial begins.
☐ Voir dire begins.   ☐ Jury selected and sworn.   ☐ Jury trial begins.
☒ Govt presented evidence   ☒ Deft presented evidence.   ☐ Evidence concluded.
☐ Final arguments.   ☐ Court's charge to the jury.   ☐ Jury deliberating.
☐ Jury verdict   ☐ guilty/cts _____   ☐ not guilty/cts _____
☐ Court verdict   ☐ guilty/cts _____   ☐ not guilty/cts _____
☐ Order for PSI setting Disclosure and Sentencing dates signed.   ☐ Trial ends.
☐ Sentencing set _____ at _____.
☐ Deft _____ oral motion to remain on bond pending sentencing   ☐ Granted   ☐ Denied.
☐ Deft _____ bond ☐ set at $ _____   ☐ Cash ☐ Surety ☐ 10% ☐ PR.
☐ Govt oral motion to remand deft _____ to custody pending sentencing   ☐ Granted   ☐ Denied.
☐ Deft _____ remanded to custody.

Rulings: _____

Other: _____

Adjourned until: 1/24/11 at 8:30 a.m.