United States of America

V.

Vincent Wallace Aldridge, et al

Criminal No H-10-185

United States District Court
Southern District of Texas
FILED

FEB 0 9 2011

David J. Bradley, Clerk of Court

## MOTION FOR EXTENSION

To the Honorable Judge Sim Lake:

Now comes Vincent Wallace Aldridge and Tori Elyse Aldridge, hereinafter the "Defendants," as PRO SE Defendants, and move this court to grant an extension in the above referenced matter, pertaining to Rule 29.

The defendants intend to represent themselves, and petition the court as indigent individuals for transcripts from the trial.

Respectfully submitted:

*[signature]*
Vincent W. Aldridge

*[signature]*
Tori E Aldridge

Send Notices To:   1402 Noble Glen
Fresno, TX 77545