# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL ACTION NO. H-10-185 |
| § | |
| VINCENT WALLACE § | |
| ALDRIDGE TORI ELYSE ALDRIDGE § | |

### ORDER STRIKING DOCUMENT

The Clerk has filed your __Motion for Extension of Time (Docket Entry No. 104)__ however, it is deficient as checked. (L.R. refers to the Local Rule of this District).

1. ❏ Document is not signed (L.R. 11.3).

2. ❏ Document does not comply with L.R.11.3.A.

3. ❏ Caption of the document is incomplete (L.R.10.1).

4. X   No certificate of service or explanation why service is not required (Cr.L.R. 12.4).

5. ❏ Motion does not comply with Cr.L.R.12.2.

   a. ❏ No statement of non-opposition (Cr.L.R.12.2).

   b. ❏ No statement of conference between counsel (Cr.L.R.12.2).

   c. ❏ No separate proposed order attached (Cr.L.R.12.2).

6. X   Other: All communication with the court must be filed with the clerk's office by counsel for defendants.

The document is stricken from the record.

Date: February 11, 2011

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE